APPLICANT: <u>ROBERT ALAN CHILDERS</u>          APPLICATION NO. <u>WR-83,613-01</u>

## APPLICATION FOR 11.07 WRIT OF HABEAS CORPUS

ACTION TAKEN

**DENIED WITHOUT WRITTEN ORDER ON FINDINGS OF TRIAL COURT WITHOUT HEARING.**

_____          7-29-15
JUDGE                                                                    DATE